**United States Bankruptcy Court**
**Northern District of California**

In re: Triad Campus V, LLC                                  Chapter 11

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address. | Shares (Percentage) | Security Class |
|---|---|---|
| JAM Asset Management Corp.<br>327B Infantry Terrace<br>San Francisco, CA 94129 | 1% | Managing Member |
| JTK Trust | 99% | Non-managing Member |